IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JANICE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CIV-14-523-HE |
| ) | |
| (1) SAFECO INSURANCE COMPANY ) | |
| OF AMERICA d/b/a SAFECO INSURANCE ) | |
| A LIBERTY MUTUAL COMPANY, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear her or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

Respectfully submitted,

/s/ *Joe Williams*

Joe Williams
The Law Offices of Joe M. Williams
  & Associates, PLLC
810 Highway 6 South, Suite 111
Houston, TX 77079
Telephone: 832-230-4125
Facsimile: 832-230-5310
***Attorney for Plaintiff***

/s/ *Barbara K. Buratti*

Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
TimC@wcalaw.com
BarbaraB@wcalaw.com
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
***Attorneys for Defendant***
***Safeco Insurance Company of America***